[No. 71403-1-I.   Division One.   April 27, 2015.]

*In the Matter of the Detention of* W.C.C.

The opinion in the above captioned case, which appeared in the advance sheets at 187 Wn. App. 303-14, has not been published in the permanent bound volume pursuant to an order of the Court of Appeals dated May 9, 2016 withdrawing the opinion and substituting a new opinion. See 193 Wn. App. 783.